

# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

July 22, 2025

**Via ECF**
The Honorable Lara K. Eshkenazi, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **Capir v. Taste of Italy Pizzeria Inc. et al.**
                 Civil Case No.: 1:23-cv-01420-LKE

Dear Judge Eshkenazi,

    Our office represents the Plaintiff in the above-referenced matter and we submit this letter following today's Fairness Hearing to supplement the parties' Motion for Settlement Approval [Dkt. No. 31] with a fully-executed copy of the settlement agreement.

    The fully-executed agreement is attached hereto as **Exhibit 1**.

    We thank the Court for its consideration and remain available to provide any additional information.

                                Respectfully submitted,

                                *James O'Donnell*
                                James O'Donnell, Esq.